

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Jamall Anderson v. Larry Truelove and Brady Robles

Appellate case number:   01-13-00872-CV

Trial court case number:  2013-55836

Trial court:                    189th District Court of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                              Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle

Date: November 20, 2014